UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATINA JONES AND KIERRA JONES | ) | CIVIL ACTION NO. 21-02218 |
| Plaintiffs, | ) | |
| | ) | DISTRICT JUDGE: |
| versus | ) | LANCE M. AFRICK |
| | ) | |
| INSTANT BRANDS, INC. | ) | MAGISTRATE JUDGE: |
| Defendants, | ) | KAREN WELLS ROBY |

## PLAINTIFFS' WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Katina Jones and Kierra Jones, who respectfully submit the following lists of witnesses to be called at trial and exhibits to be introduced at trial:

## WITNESS LIST:

The Plaintiffs may or will call the following persons as witnesses in the trial of this matter:

1. Katina Jones
2. Kierra Jones
3. Jay Daily, JHD Liability Consulting
4. Kathryn Lawing, PHD, Lawing Psychology, LLC
5. David M. Theriot, M.D.
6. Brigetta Desiree Yancy, M.D.
7. Megan L. Landry, M.D.
8. Kelly Guidry, RN
9. Bonnie Sims Koepp., N.P.
10. Frank Jude Bissant, M.D.

1

11. Thuy-Mai Cristina Nguyen, M.D.

12. Hannah Clare Duggan, M.D.

13. Kelly Guidry, RN

14. Kristen McCreary Lindsey, NP

15. Any other person identified in medical records and whom provided treatment or services to the Plaintiffs' for the injuries or damages sustained in relation to the matter that forms the subject matter of this litigation.

16. Any witness deposed in this litigation.

17. Any custodian of records necessary to authenticate any documents identified through discovery.

18. Any person necessary to substantiate the chain of custody related to the Instant Pot that forms the subject matter of this litigation.

19. Any other witness identified by any other party to these proceedings; and

20. Any other person identified through discovery in the instant matter.

## **EXHIBIT LIST:**

The Plaintiffs' may or will introduce the following lists of exhibits at the trial of this matter:

1. Any and all Photographs of the Injuries sustained in the matter that forms the subject matter of this litigation.

2. Any and all medical records related to the injuries sustained in the matter that forms the subject matter of this litigation including but not limited to the following:

    a. Children's Hospital of New Orleans Medical Records (Kiera Jones);

    b. West Jefferson Medical Center Records (Kiera Jones); and

    c. West Jefferson Medical Center Records (Katina Jones).

3. Expert Witness Report, Jay Daily, JHD Consulting; assessment of manufacturing, design, and product warnings.

4. Expert Witness Report, Kathryn Lawing, PHD, Forensic Psychological Evaluation.

5. Any and all documents obtained through discovery including but not limited to the following:

    a. Any and all documents related to the design of the Instant Pot that forms the subject matter of this litigation (Model Viva Black SS 60, Volume 6 Quart);

    b. Any and all documents related to the construction of the Instant Pot that forms the subject matter of this litigation (Model Viva Black SS 60, Volume 6 Quart);

    c. Any and all documents related to the composition of the Instant Pot that forms the subject matter of this litigation (Model Viva Black SS 60, Volume 6 Quart); and

    d. Any and all documents related to the warnings for the Instant Pot that forms the subject matter of this litigation (Model Viva Black SS 60, Volume 6 Quart);

6. Any and all documents, videos, photographs, drawings, sketches, research, testing, protocol, or other tangible or intangible information that in any way relates to the design, construction, composition, or warnings for the Instant Pot that forms the subject matter of this litigation (Model Viva Black SS 60, Volume 6 Quart) including but not limited to the following: any and all user manuals, instructional videos, and marketing materials.

7. Copies of the transcripts of any deposition taken in connection with the claim in this suit.

8. Copies of any purchase receipts related to the purchase of the Instant Pot that forms the subject matter of this litigation.

9. The Model Viva Black SS 60, Volume 6 Quart Instant Pot that forms the subject matter of this litigation.

10. Any and all pleadings, motions, and exhibits filed into the record of these proceedings.

11. Any and all Curriculum Vitae of any expert witness.

12. Any and all expert reports compiled in this matter.

13. And any all other documents or other materials used for the purpose of impeachment.

14. Any and all insurance policy documents demonstrating coverage for this matter.

15. Any other evidence or materials identified by any other party in this matter; and

16. Any other evidence obtained through discovery.

Respectfully Submitted:

/s/Christophe L. Faucheux
CHRISTOPHE L. FAUCHEUX (#36452)
FAUCHEUX & FAUCHEUX, LLC
197 Belle Terre Blvd.
P. O. Box 1960
LaPlace, LA 70668
(985) 652-1111
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing instrument has been served upon all counsel of record by online filing to the Federal EM/ECF system this 9TH day of May, 2022.

/s/Christophe L. Faucheux
CHRISTOPHE L. FAUCHEUX

4